# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RANDAL N. WIIDEMAN,

    Plaintiff,

vs.

E. K. McDANIEL, *et al.*,

    Defendants.

3: 09-cv-00704-LRH-VPC

**ORDER**

On September 27, 2010, plaintiff filed a motion for voluntary dismissal of this action. (Docket #11.)  Good cause appearing, plaintiff's motion is **HEREBY GRANTED.**  The Clerk is directed to enter judgment accordingly.

DATED this 7th day of October, 2010.

_____
LARRY R. HICKS
UNITED STATES MAGISTRATE JUDGE