AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

RANDAL N. WIIDEMAN,

    Plaintiff,

V.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3: 09-cv-00704-LRH-VPC

E. K. McDANIEL, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiff's motion for voluntary dismissal [11] is GRANTED. This action is DISMISSED.

| | |
|---|---|
| October 8, 2010 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/  M. Campbell |
| | Deputy Clerk |