**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RANDAL N. WIIDEMAN, | ) |
| Plaintiff, | ) 3: 09-cv-00704-LRH-VPC |
| vs. | ) |
| | ) **ORDER** |
| E. K. McDANIEL, *et al.*, | ) |
| Defendants. | ) |

On September 27, 2010, plaintiff filed a motion for voluntary dismissal of this action. (Docket #11.) In his motion, plaintiff stated that he had raised his claims in 3:09-cv-0650, another action he had pending before this court. *Id*. On October 8, 2010, this court granted plaintiff's motion and entered judgment in this case. (Docket #13.) On October 18, 2010, plaintiff filed a motion to re-instate his complaint. (Docket #14.) Plaintiff provides no explanation or basis for his motion other than the assertion that his earlier motion to voluntarily dismiss this action was made in error. *Id*. The court finds this to be an insufficient basis to reverse its judgment. The court notes that 3:09-cv-650 was dismissed for failure to state a claim on September 23, 2010. Plaintiff may not now attempt to relitigate claims raised in that action.

Accordingly, plaintiff's motion is **HEREBY DENIED**. (Docket #14.)

DATED this 30th day of November, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE